# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Action No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.    SONNY SIOFELE,**

    **Defendant.**

---

## INDICTMENT
## Title 18, United States Code, Section 111(a)(1)

---

The Grand Jury charges that:

### COUNT 1

On or about December 26, 2006, at the United States Prison, Florence, in the State and District of Colorado, the defendant, SONNY SIOFELE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Stephen W. Barnes, an employee of the United States Department of Justice, Federal Bureau of Prisons, an agency of the United States Government, while Stephen W. Barnes was engaged in or on account of the performance of official duties, and in the commission of such acts, the defendant, SONNY SIOFELE, did make physical contact with Stephen W. Barnes by striking him with his fist.

All in violation of Title 18, United States Code, Section 111(a)(1), (Assault) and Section 1114.

## COUNT 2

On or about December 26, 2006, at the United States Prison, Florence, in the State and District of Colorado, the defendant, SONNY SIOFELE, did forcibly assault, resist, oppose, impede intimidate, and interfere with Stephen W. Barnes, an employee of the United States Department of Justice, Federal Bureau of Prisons, an agency of the United States Government, while Stephen W. Barnes was engaged in or on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 111(a)(1), (Simple Assault) and Section 1114.

A TRUE BILL:

Ink signature on file in the Clerk's Office
FOREPERSON

DAVID M. GAOUETTE
United States Attorney

By: s/ Michael P. Carey
Michael P. Carey
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303)454-0100
E-mail: michael.carey@usdoj.gov
Attorney for the Government