DEFENDANT:      SONNY SIOFELE

YOB:            1975

ADDRESS:        Florence, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO
    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ___ YES  _X_ NO
    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:        COUNT 1: Title 18, United States Code, Section 111(a)(1), (Assault)

              COUNT 2: Title 18, United States Code, Section 111(a)(1), (Simple Assault)

LOCATION OF
OFFENSE:        Fremont County, Colorado

PENALTY:        COUNT 1: NMT 8 years imprisonment, NMT $250,000.00 fine or both; NMT 3 years supervised release; and $100.00 Special Assessment

              COUNT 2: NMT 1 year imprisonment, NMT $100,000.00 fine or both; NMT 1 year supervised release; and $25.00 Special Assessment

AGENT:          Jonathon W. Cronan, FBI

AUTHORIZED BY:  Michael P. Carey, Assistant U.S. Attorney

ESTIMATED TIME
OF TRIAL:       _X_ five days or less   ____ over five days   ____ other

THE GOVERNMENT
    _X_ will seek pretrial detention in this case
    ____ will not seek pretrial detention in this case
The statutory presumption of detention is or is not applicable to this defendant. (Circle one)

OCDETF CASE:    ____ Yes   _X_ No