IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-161-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.  SONNY SIOFELE,**

Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **June 15, 2010;** responses to

these motions are due **June 25, 2010**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary

motions, if any, and **Final Trial Preparation Conference** is set for **July 9, 2010, at**

**11:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date

should be requested.  It is

FURTHER ORDERED that a **3-day jury trial** is set for **July 19, 2010 at 9:00**

**a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  May 27, 2010