IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

October 28, 2011

United States District Court
District of Hawaii
300 Ala Moana Blvd., Rm. C338
Honolulu, Hawaii 96850

Colorado Case Number: 10-cr-00161-JLK
Receiving Court Case Number: 11-01014HG
Case Name: USA v Sonny Siofele

**RECEIVED**
CLERK U.S. DISTRICT COURT

NOV 07 2011  12:45pm

DISTRICT OF HAWAII

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

Included with this letter is the

\_\_\_\_ Original bond

\_\_\_\_ Check for the amount of the bond

\_\_\_\_ Passport

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter in the enclosed envelope.

Very truly yours,
Gregory C. Langham, Clerk

By: s/ M.J. Garcia
    Deputy Clerk